The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Sonny J. Leomiti and Patricia M. Leomiti, husband and wife,<br><br>                Plaintiffs,<br>   v.<br>Beteiligungs-KommanditgesellschaftMS "Buxvillage" Vewaltungs-und Bereederungs GmbH & Co, a German Company, and NSB Niederelbe Schiffahrtsgesellschaft mbH & Co. KG, a German company, and Buxvillage (Liberia) Shipping Ltd., a Liberian company, and Mediterranean Shipping Company (USA) Inc. a New York corporation and Mediterranean Shipping Company, S.A., a Swiss company and MSC Monterey her appurtenances, equipment and furniture, *in rem*.<br><br>                Defendants. | No. 2:24-cv-01583-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO FILE SECOND AMENDED COMPLAINT AND DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE |

## **ORDER**

It is so **ORDERED** the parties through their attorneys of record stipulate to the following:

1) The Court hereby approves of the filing of the Second Amended Complaint pursuant to the stipulation of the parties, Dkt. No. 25.

2) Plaintiffs shall file the Second Amended Complaint as submitted at Exhibit A to their stipulation, and the Clerk of the Court shall issue a new summons, with the correct name and spelling of the defendants that remain in this action, **MSC Mediterranean Shipping Company S.A**. and Beteiligungs-Kommanditgesellschaft **MS** "Buxvillage" **Verwaltungs**-und Bereederungs GmbH & Co.

3) The caption of the pleadings shall be amended to reflect the voluntarily order of dismissal

ORDER
(2:24-cv-01583-BJR) - PAGE 1

THOMPSON & DELAY
ATTORNEYS AT LAW
2955 80TH AVE. SE, SUITE 202
MERCER ISLAND, WA 98040-2975
Tel: 206/622-0670/ fax 206-622-3965

without prejudice of the following defendants:

1. Mediterranean Shipping Company (USA), Inc.;

2. NSB Niederelbe Schiffahrtsgesellschaft mbH & Co. KG,.

3. Buxvillage (Liberia) Shipping Ltd.

DATED this 24th day of February, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

(2:24-cv-01583-BJR) - PAGE 2

THOMPSON & DELAY
ATTORNEYS AT LAW
2955 80TH AVE. SE, SUITE 202
MERCER ISLAND, WA 98040-2975
TEL: 206/622-0670/ FAX 206-622-3965

Presented through stipulation by:

THOMPSON & DELAY

/s/ Paul J. Delay
_____
Paul J. Delay, WSBA No. 16482

Attorney for Plaintiffs
Sonny J. Leomiti and Patricia M. Leomiti


COLLIER WALSH NAKAZAWA LLP

/s/ Zachary Farley
_____
Zachary J. Farley, WSBA No. 58913
Barbara Holland, WSBA No. 11852
Anusha Pillay, WSBA No. 52989

Attorneys for Defendants
MSC Mediterranean Shipping Company S.A., Mediterranean Shipping Company (USA) Inc., Beteiligungs-Kommanditgesellschaft MS "Buxvillage" Verwaltungs-und Bereederungs GmbH & Co, and NSB Niederelbe Schiffahrtsgesellschaft mbH & Co. KG.

ORDER
(2:24-cv-01583-BJR) - PAGE 3

THOMPSON & DELAY
ATTORNEYS AT LAW
2955 80TH AVE. SE, SUITE 202
MERCER ISLAND, WA 98040-2975
Tel: 206/622-0670/ fax 206-622-3965