The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

Sonny J. Leomiti and Patricia M. Leomiti, husband and wife,

          Plaintiffs,

    v.

Beteiligungs-Kommanditgesellschaft MS "Buxvillage" Verwaltungs-und Bereederungs GmbH & Co, a German Company, and MSC Mediterranean Shipping Company S.A., a Swiss company and MSC Monterey her appurtenances, equipment and furniture, *in rem.*,

          Defendants.

Civil Action No. 2:24-cv-01583-BJR

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

## STIPULATION

The Parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE (2:24-cv-01583-
BJR) - 1

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110

Respectfully submitted this 2nd day of July, 2026.

THOMPSON & DELAY                           COLLIER WALSH NAKAZAWA LLP

 s/ Paul Delay (via email authorization)        s/ Zachary Farley
Paul Delay, WSBA #16482                   Barbara L. Holland, WSBA #11852
paul@thompsondelay.com                   barbara.holland@cwn-law.com
80th Avenue Professional Building         Zachary J. Farley, WSBA #58913
2955 80th Ave. SE, Suite 202             zachary.farley@cwn-law.com
Mercer Island, WA 98040                  506 Second Avenue, Suite 2500
Phone (206) 622 0670                     Seattle, Washington 98104
Fax (206) 622 3965                       Phone (206) 558 2110
                                         Fax (206) 502 4253
Attorney for Plaintiffs
                                         Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE (2:24-cv-01583-
BJR) - 2

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110

**ORDER**

THIS MATTER having come on or before this Court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 2nd day of July 2026.

_____
Barbara J. Rothstein
United States District Judge

Presented by:

COLLIER WALSH NAKAZAWA LLP

s/ Zachary Farley
Barbara L. Holland, WSBA #11852
barbara.holland@cwn-law.com
Zachary J. Farley, WSBA #58913
zachary.farley@cwn-law.com
506 Second Avenue, Suite 2500
Seattle, Washington 98104
Phone (206) 558 2110
Fax (206) 502 4253

Attorneys for Defendants

THOMPSON & DELAY

s/ Paul Delay (via email authorization)
Paul Delay, WSBA #16482
paul@thompsondelay.com
80th Avenue Professional Building
2955 80th Ave. SE, Suite 202
Mercer Island, WA 98040
Phone (206) 622 0670
Fax (206) 622 3965

Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE (2:24-cv-01583-
BJR) - 4

COLLIER WALSH NAKAZAWA LLP
506 Second Avenue, Suite 2500
Seattle, Washington 98104
(206) 558 2110